# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:13-cr-00018-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHAD BURCHFIELD, ) | |
| ) | |
| Appellant. ) | |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal to District Court Judge from Decision of Magistrate Judge [Doc. 2] and the Appellant's Motion for Unsecured Bond/Stay [Doc. 3].

On December 13, 2011, the Appellant Chad Burchfield was issued a citation for hunting hogs with dogs during a closed season, in violation of 36 C.F.R. § 261.8(a). [Violation Notice, Doc. 1 at 1]. On June 10, 2013, the Honorable Dennis L. Howell, United States Magistrate Judge, found the Appellant guilty of this offense and sentenced him to a term of imprisonment of 30 days. [Judgment in a Criminal Case, Doc. 1 at 2]. The Appellant, who was represented by counsel before the Magistrate Judge,

filed a timely Notice of Appeal from the Magistrate Judge's Judgment on June 21, 2013. [Doc. 2].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal. The Court further will stay the Appellant's sentence of imprisonment pending the resolution of this appeal. See Fed. R. Crim. P. 38(b)(1); Fed. R. Crim. P. 58(g)(3).

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Unsecured Bond/Stay [Doc. 3] is **GRANTED**, and the execution of the sentence of imprisonment is hereby stayed during the pendency of the appeal.

**IT IS SO ORDERED**.

Signed: July 1, 2013

Martin Reidinger
United States District Judge